UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL DENNETT<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL ARCHULETA;<br>JAMAL ALSAFFAR;<br>LAURIE HIGGINBOTHAM;<br>ARCHULETA & ASSOCIATES, P.C., d/b/a<br>ARCHULETA, ALSAFFAR &<br>HIGGINBOTHAM;<br>JOHN DOE(S);<br>ABC PARTNERSHIP(S); and<br>DEF CORPORATION(S)<br><br>            Defendants. | CIVIL ACTION NO. 1:12-CV-00424-S-DLM |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael Dennett (the "Plaintiff") hereby stipulates and agrees to dismiss with prejudice all claims asserted against Defendants Michael Archuleta, Jamal Alsaffar, and Laurie Higginbotham in the above-captioned action, contained in Counts I, II, III, IV.  The Plaintiff further stipulates and agrees to dismiss with prejudice the following claims against Archuleta & Associates, P.C., d/b/a Archuleta, Alsaffar & Higginbotham ("AA&H"): Count II (Contractual Legal Malpractice); Count III (Failure to Obtain Informed Consent); and Count IV (Unauthorized Practice of Law). The Plaintiff agrees that the above-referenced dismissals are with prejudice, without costs or attorneys' fees to any party, and with all rights to appeal waived.  The Plaintiff's sole remaining claim is for negligence against AA&H (Count I).

Respectfully submitted,

MICHAEL DENNETT

MICHAEL ARCHULETA, JAMAL ALSAFFAR, LAURIE HIGGINBOTHAM, ARCHULETA & ASSOCIATES, P.C. d/b/a ARCHULETA, ALSAFFAR & HIGGINBOTHAM

By His Attorney,

By Their Attorneys,

*/s/ A. Peter Loveley*
A. Peter Loveley #3108
WISTOW, BARYLICK, SHEEHAN & LOVELY P.C.
61 Weybosset Street
Providence, RI 02903
401-831-2700

*/s/ Matthew R. Watson*
David A. Grossbaum, #6742
Matthew R. Watson, #8400
HINSHAW & CULBERTSON LLP
321 South Main Street, Suite 301
Providence, RI 02903
401-751-0842 (Telephone)
401-751-0072 (Facsimile)

Dated:  July 15, 2014

## CERTIFICATE OF SERVICE

I, Matthew R Watson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 15, 2014

*/s/ Matthew R. Watson*
Matthew R. Watson

2